**ORDER DENIED**

Prior dismissal was automatic based on 11 USC 521(i). Based upon the record, however, the court finds that the debtor's failure to file schedules and other documents was a willful failure to follow the court's direction to correct deficiencies, and thus 11 USC 109(g) now applies.

**Entered on Docket**
**January 06, 2011**

/s/ Bruce A. Markell
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**ROBERT J. HOPP & ASSOCIATES, LLC**
Brittany Wood, Nevada Reg. No. 7562
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Fax: 303-531-2154
nvbk@hopplawfirm.com
Attorneys for ClearVue Opportunity XV, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA - LAS VEGAS**

| In re: | CASE NO. 10-29735-bam |
|---|---|
| Paul F. Butta, | Chapter 13 |
|  | Hearing Date: |
| Debtor. | Hearing Time: |
|  | Location: Foley Federal Bldg., 300 Las Vegas Blvd. S, Las Vegas, Nevada, 89101 |

**ORDER SHORTENING TIME ON MOTION TO REOPEN CASE AND PLACE**

**MOTION FOR RELIEF FROM STAY BACK ON CALENDAR**

Good Cause Appearing therefore,

**IT IS HEREBY ORDERED** that the time for hearing of the above-entitled matter be, and the same will be, heard on the _____ day of January, 2011, at the hour of _____ .m.

*Page 1 of 2*
*10-05199NV/NV-B129-Rev2*
*MFR Order*

1

2  Submitted by:

3

4  **ROBERT J. HOPP & ASSOCIATES, LLC**

5  Brittany Wood, Nevada Reg. No. 7562
   Ines Olevic-Saleh, Nevada Reg. No. 11431
6  515 South 3rd Street
7  Las Vegas, NV 89101
   Phone: 702-722-6271
8  Attorneys for Movant

9                                              ###